UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**   **ARLENE R. LINDSAY**   **DATE: 8/16/2022**
United States Magistrate Judge
**TIME: 11:30**

**DOCKET NO: 20-cv-02923-ARL**

**CASE:** Fernandez v. Meadowmere Concrete Corp. et. al.

___  **INITIAL CONFERENCE**
___  **STATUS CONFERENCE**
___  **SCHEDULING CONFERENCE**        **BY TELEPHONE X**
___  **SETTLEMENT CONFERENCE**
___  **FINAL CONFERENCE**
 **X**  **FAIRNESS HEARING**

**APPEARANCES:**   **FOR PLAINTIFF:**   **FOR DEFENDANTS:**

Justin M. Reilly           Justin M. Reilly

**The following rulings were made:**

On consent of the parties paragraph 2 of the agreement was modified, on the record. Having reviewed the terms of the parties' proposed settlement agreement, as modified, the Court finds that it is fair and reasonable, including the allocation of attorneys' fees. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015). The Clerk of Court is directed to close this case. Civil Case Terminated. c/ecf

**SO ORDERED:**

/s/